IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03520-TPO

GERMAN MARTINEZ VIGUERIAS,

Petitioner,

v.

JUAN BALTAZAR, Warden,
Denver Contract Detention Facility,

GEORGE VALDEZ, Denver Field Office Director,
U.S. Immigration and Customs Enforcement,

DAVID J. VENTURELLA, Acting Director,
U.S. Immigration and Customs Enforcement,

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security, and

TODD BLANCHE, Acting U.S. Attorney General,

in their official capacities,

Respondents.

---

**ORDER TO SHOW CAUSE**

---

**Timothy P. O'Hara, United States Magistrate Judge.**

This matter comes before this Court upon the Petition for Writ of Habeas Corpus in which Petitioner seeks habeas corpus relief under 28 U.S.C. § 2241. ECF 1. Also before this Court is Petitioner's Motion for Order to Show Cause. ECF 5. The Clerk of Court directly assigned this case pursuant to D.C.COLO.LCivR 40.1.

Petitioner is "in custody" for § 2241 purposes because he is detained at the detention facility that the U.S. Immigration and Customs Enforcement operates in Aurora, Colorado. ECF 1

¶¶ 23, 45. Petitioner invokes this Court's subject matter jurisdiction on the basis of 28 U.S.C. § 2241 and on 28 U.S.C. § 1331 for raising federal law questions. ECF 1 ¶ 13.

Petitioner was born in Mexico in 1976. ECF 1 ¶ 16. He moved to the United States with his family when he was about seven years old. *Id.* ¶ 17. Petitioner was incarcerated on a state criminal conviction after which he entered immigration custody. *Id.* ¶ 23. Petitioner has been in immigration custody since February 1, 2023. *Id.*

The Department of Homeland Security (DHS) served Petitioner with a Notice to Appear on February 1, 2023 that charged him with being removable under 8 U.S.C. § 1227(a)(2)(A)(iii). *Id.* ¶ 29. An immigration judge ordered him removed on March 7, 2023. *Id.* ¶ 31. An immigration judge later reopened his case. *Id.* ¶ 33. Thereafter different decisions were made on whether Petitioner's removal should be deferred. *Id.* ¶¶ 34-40.

During this time, on December 19, 2024, District Judge Brimmer granted Petitioner habeas corpus relief and ordered that an immigration judge conduct a bond hearing. *Martinez v. Ceja*, No. 24-cv-03056-PAB, 760 F. Supp. 3d 1188 (D. Colo. Dec. 19, 2024). Petitioner had been in custody for 21 months by that time. ECF 1 ¶ 61. At that bond hearing, the immigration judge declined to release Petitioner on bond. *Id.* ¶ 3.

The Board of Immigration Appeals ordered Petitioner removed on July 16, 2025. *Id.* ¶ 41. Petitioner appealed that removal order to the Tenth Circuit. The Tenth Circuit has not yet made its final ruling on that appeal, but it did stay the removal order. *Id.* ¶ 42.

Petitioner now has been detained for over 42 months. Petitioner brings this Petition to make another challenge to his detention. Regardless of whether his detention is based on 8 U.S.C. § 1226(c) or on 8 U.S.C. § 1231, Petitioner argues that the ongoing and indefinite nature of his detention violates his due process rights. For relief, Petitioner seeks immediate release. In the

alternative, Petitioner seeks a new bond hearing at which the government will bear the burden to prove by clear and convincing evidence that he should be detained.

After preliminary consideration of the Petition, this Court ORDERS as follows:

Petitioner shall serve the Respondents with the Petition, exhibits, and this Order to Show Cause by **August 14, 2026** by email and overnight mail pursuant to the service requirements of Fed. R. Civ. P. 4(i). Within 48 hours of serving Respondents, Petitioner shall file proof of service, and counsel for Respondents shall promptly enter a notice of appearance.

On or before **August 21, 2026**, the Respondents shall show cause why the Petition should not be granted.

By the same deadline of **August 21, 2026**, the Parties shall complete and file the Magistrate Judge Consent Form [ECF 4].

On or before **August 28, 2026**, Petitioner may file a Reply in support of the Petition.

Petitioner's Motion for Order to Show Cause [ECF 5] is **granted**.

SO ORDERED.

DATED at Denver, Colorado, this 13th day of August, 2026.

BY THE COURT:

Timothy P. O'Hara
United States Magistrate Judge